RANDALL E. STRAUSS, Esq. (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN<br><br>        Plaintiff,<br><br>vs.<br><br>RICOH AMERICAS CORPORATION, and DOES 1-50, inclusive<br><br>        Defendants.               / | Case No.: CV-08-04853 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

The parties agree to participate in the following ADR process:

**Court Processes:**
    ___ Non-binding Arbitration (ADR L.R. 4)
    _X_ Early Neutral Evaluation (ENE) (ADR L.R. 5)
    ___ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ___ Private ADR (please identify process and provider)

The parties agree to hold the ADR session by:
    _X_ the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)
    ___ other requested deadline _____

-1-

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
*Martin v. Ricoh Americas Corp.* C 08-4853EMC

Dated: January 7, 2009

_____
Attorney for Plaintiff
RANDALL E. STRAUSS

Dated: January 16, 2009

_____
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- ___ Non-binding Arbitration
- _X_ Early Neutral Evaluation (ENE)
- ___ Mediation
- ___ Private ADR

Deadline for ADR session

- _X_ 90 days from the date of this order
- ___ other _____

IT IS SO ORDERED.

DATED: January 22, 2009

_____
UNITED STATES MAGISTRATE JUDGE

-2-

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
*Martin v. Ricoh Americas Corp.*, USDC No. CV-08-04853