Robert M. Pattison (State Bar No. 103528)
S. Christine Young (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
RICOH AMERICAS CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>RICOH AMERICAS CORPORATION, and DOES 1 through 50, Inclusive,<br><br>        Defendants. | Case No. CV-08-04853 EMC<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME<br><br>Date:     05/20/09<br>Time:    10:30 a.m.<br>Dept.:    Courtroom C, 15th Floor<br>Judge:   Hon. Edward M. Chen<br><br>Action Removed:  10/23/08<br>Trial Date:        04/05/10 |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the attached Stipulated Request for Order Changing Time submitted by Plaintiff John Martin and Defendant Ricoh Americas Corporation is granted.

DATE: April 30, 2009 _____

Hon. Edward M. Chen

*IT IS SO ORDERED*
*Judge Edward M. Chen*

[PROPOSED] ORDER GRANTING STIPULATED REQUEST
FOR ORDER CHANGING TIME

1

Case No. CV-08-04853 EMC