J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Attorney for Plaintiff
JOHN MARTIN

Robert M. Pattison, Esq. (State Bar No. 103528)
S. Christine Young, Esq. (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorney for Defendant
RICOH AMERICAS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| JOHN MARTIN, | Case No.: CV-08-04853 EMC |
|---|---|
| Plaintiff , | **PLAINTIFF JOHN MARTIN'S AND DEFENDANT RICOH AMERICAS CORP.'S UPDATED JOINT CASE MANAGEMENT STATEMENT** ; ORDER |
| vs. | |
| RICOH AMERICAS CORPORATION, and DOES 1-50, Inclusive, | Date: May 12, 2010 Time: 2:30 p.m. |
| Defendants. | Case Removed: October 23, 2008 Arbitration Dates: September 1 and 2, 2010 |

Pursuant to this Court's Case management and Pretrial Order and Civil Local Rule 16-10,

Plaintiff JOHN MARTIN ("Plaintiff" or "Martin") and Defendant Ricoh Americas Corp.

UPDATED JT CASE MANAGEMENT STATEMENT                    Case No. CV-08-04863 EMC

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

1  ("Defendant" or "Ricoh") by and through their respective counsel, submit the following Updated

2  Joint Case Management Conference Statement.

3

4      The following describes developments that have occurred since the last case management

5  conference held on December 2, 2009.

6

7      The parties are proceeding with arbitration. The parties selected an arbitrator and

8  participated in an arbitration management conference with the arbitrator. A further arbitration

9  management conference is scheduled for July 7, 2010. The arbitration hearing has been scheduled

10  for September 1 and 2, 2010.

11

12  DATED: April 2? 2010

                      GWILLIAM, IVARY, CHIOSSO,
13                        CAVALLI & BREWER

14

15                      By: _____

16                        J. Gary Gwilliam
                      Randall E. Strauss
17                        Attorneys for Plaintiff
                      JOHN MARTIN

18  DATED: April 27 2010          JACKSON LEWIS LLP

19

20                      By: _____

21                        Robert M. Pattison
                      S. Christine Young
22                        Attorneys for Defendant
                      RICOH AMERICAS CORPORATION

23  109999

24      IT IS SO ORDERED that the case management conference set for 5/12/10 at 2:30 p.m.

25  is reset to 9/15/10 at 2:30 p.m. An updated joint cmc statement shall be filed by 5/5/10.

26  _____

27  Edward M. Chen

28  U.S. Magistrate Jud

                              -2-

UPDATED JT CASE MANAGEMENT STATEMENT          Case No. CV-08-04863 EMC

*(Sidebar, left margin:)* GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER — ATTORNEYS AT LAW — A Professional Corporation — P.O. Box 2079, Oakland, CA 94604-2079

*(Stamp:)* IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — UNITED STATES DISTRICT COURT NORTHERN DISTRICT

PROOF OF SERVICE BY MAIL

I, Marilyn Gee-Cartwright, declare:

I am employed in the city of Oakland, County of Alameda , California. I am over the age of 18 years and not a party to the within action.  My business address is GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER 1999 Harrison Street, Suite 1600, Oakland, CA  94612-3528.

On April 27, 2010, I served the attached:

• PLAINTIFF JOHN MARTIN'S AND DEFENDANT RICOH AMERICA CORPORATION'S UPDATED JOINT CASE MANAGEMENT STATEMENT (with attached PROOF OF SERVICE)

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

| | |
|---|---|
| Robert M. Pattison, Esq.<br>S. Christine Young, Esq.<br>JACKSON LEWIS, LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105 | Attorneys for Defendant<br>RICOH AMERICAS CORPORATION<br><br>Telephone: (415) 394-9400<br>Fax: (415) 394-9401 |

[ X] (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER, Oakland, California, following ordinary business practices.  I am readily familiar with the practice of GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the LAW FIRM OF JACKSON LEWIS, LLP at the address as noted above.

[ ] (VIA FEDERAL EXPRESS) I caused each such envelope to be delivered via Federal Express overnight service to the addressee(s) noted above.

[ ] (VIA FACSIMILE) I caused each such document to be sent via facsimile to the above facsimile number(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 27, 2010.

Marilyn Gee-Cartwright

110099

PROOF OF SERVICE
*Martin v. Ricoh Americas Corp.*, USDC No. C08-4853-EMC

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079