J. Gary Gwilliam, Esq. (State Bar No. 33430)
Randall E. Strauss, Esq. (State Bar No. 168363)
GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
1999 Harrison Street, Suite 1600
Oakland, CA 94612-3528
Telephone: (510) 832-5411
Facsimile: (510) 832-1918

Attorney for Plaintiff
JOHN MARTIN


Robert M. Pattison, Esq. (State Bar No. 103528)
S. Christine Young, Esq. (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorney for Defendant
RICOH AMERICAS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| JOHN MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>RICOH AMERICAS CORPORATION, and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No.: CV-08-04853 EMC<br><br>**PLAINTIFF JOHN MARTIN'S AND DEFENDANT RICOH AMERICAS CORP.'S UPDATED JOINT CASE MANAGEMENT STATEMENT** ; ORDER<br><br>Date: May 12, 2010<br>Time: 2:30 p.m.<br><br>Case Removed: October 23, 2008<br>Arbitration Dates: September 1 and 2, 2010 |

Pursuant to this Court's Case management and Pretrial Order and Civil Local Rule 16-10, Plaintiff JOHN MARTIN ("Plaintiff" or "Martin") and Defendant Ricoh Americas Corp.

-1-

("Defendant" or "Ricoh") by and through their respective counsel, submit the following Updated Joint Case Management Conference Statement.

The following describes developments that have occurred since the last case management conference held on December 2, 2009.

The parties are proceeding with arbitration. The parties selected an arbitrator and participated in an arbitration management conference with the arbitrator. A further arbitration management conference is scheduled for July 7, 2010. The arbitration hearing has been scheduled for September 1 and 2, 2010.

DATED: April 27 2010

GWILLIAM, IVARY, CHIOSSO,
CAVALLI & BREWER

By: _____
J. Gary Gwilliam
Randall E. Strauss
Attorneys for Plaintiff
JOHN MARTIN

DATED: April 27 2010

JACKSON LEWIS LLP

By: _____
Robert M. Pattison
S. Christine Young
Attorneys for Defendant
RICOH AMERICAS CORPORATION

109999

IT IS SO ORDERED that the case management conference set for 5/12/10 at 2:30 p.m. is reset to 9/15/10 at 2:30 p.m. An updated joint cmc statement shall be filed by 9/8/10.

_____
Edward M. Chen
U.S. Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

-2-

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
ATTORNEYS AT LAW
A Professional Corporation
P.O. Box 2079, Oakland, CA 94604-2079

## PROOF OF SERVICE BY MAIL

I, Marilyn Gee-Cartwright, declare:

I am employed in the city of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER 1999 Harrison Street, Suite 1600, Oakland, CA 94612-3528.

On April 27, 2010, I served the attached:

- PLAINTIFF JOHN MARTIN'S AND DEFENDANT RICOH AMERICA CORPORATION'S UPDATED JOINT CASE MANAGEMENT STATEMENT (with attached PROOF OF SERVICE)

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

| | |
|---|---|
| Robert M. Pattison, Esq.<br>S. Christine Young, Esq.<br>JACKSON LEWIS, LLP<br>199 Fremont Street, 10th Floor<br>San Francisco, CA 94105 | Attorneys for Defendant<br>RICOH AMERICAS CORPORATION<br><br>Telephone: (415) 394-9400<br>Fax: (415) 394-9401 |

[ X ] (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER, Oakland, California, following ordinary business practices. I am readily familiar with the practice of GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL SERVICE) I caused each such envelope to be delivered by hand to the LAW FIRM OF JACKSON LEWIS, LLP at the address as noted above.

[ ] (VIA FEDERAL EXPRESS) I caused each such envelope to be delivered via Federal Express overnight service to the addressee(s) noted above.

[ ] (VIA FACSIMILE) I caused each such document to be sent via facsimile to the above facsimile number(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on April 27, 2010.

Marilyn Gee-Cartwright

110099

-2-

PROOF OF SERVICE
*Martin v. Ricoh Americas Corp.*, USDC No. C08-4853-EMC