1  J. Gary Gwilliam (State Bar No. 33430)
   Randall E. Strauss (State Bar No. 168363)
2  GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER
3  1999 Harrison Street, Suite 1600
   Oakland, CA 94612
4  Telephone: (510) 832-5411
   Facsimile: (510) 832-1918
5
6  Attorneys for Plaintiff
   JOHN MARTIN
7

8  Robert M. Pattison (State Bar No. 103528)
   JACKSON LEWIS LLP
9  199 Fremont Street, 10th Floor
   San Francisco, California 94105
10 Telephone: (415) 394-9400
   Facsimile: (415) 394-9401
11

12 Attorneys for Defendant
   RICOH AMERICAS CORPORATION
13

14                IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 JOHN MARTIN,                        )  Case No. CV-08-04853 EMC
                                       )
18          Plaintiff,                 )
                                       )  **STIPULATION OF DISMISSAL**
19     v.                              )  **[FRCP Rule 41(a)(1)(ii)]**
                                       )
20 RICOH AMERICAS CORPORATION, and     )     ORDER
   DOES 1-50, Inclusive,               )
21                                     )
            Defendants.                )
22                                     )
                                       )
23                                     )
                                       )
24                                     )

25

26

27                                    1
28 ─────────────────────────────────────────────────────
                        STIPULATION OF DISMISSAL
                        Case No. CV-08-04853 EMC

1     IT IS STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, by and between Plaintiff JOHN MARTIN and Defendant RICOH AMERICAS CORPORATION as follows:

    1. This action was commenced in California state court on September 17, 2008 and timely removed to this Court on October 22, 2008;

    2. This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal;

    3. This action is hereby dismissed, in its entirety, with prejudice. Each party is to bear her or its own attorney's fees and costs.

Dated: 3/28/11

GWILLIAM, IVARY, CHIOSSO, CAVALLI & BREWER

By: [signature]

J. Gary Gwilliam
Randall E. Strauss
Attorneys for Plaintiff
JOHN MARTIN

Dated: 6 April 2011

JACKSON LEWIS LLP

By: [signature]

Robert M. Pattison

Attorneys for Defendant
RICOH AMERICAS CORPORATION

4812-1119-4633, v. 1

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

2
STIPULATION OF DISMISSAL
Case No. CV-08-04853 EMC